# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**ISIAC JOSEPH BROWN,**

          **Petitioner,**

**v.**                                                                **CIVIL NO. 06-3142-SAC**

**RAY ROBERTS, et al.,**

          **Respondents.**

( )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( X )   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

Entered on the docket 06/08/06

**Dated: June 8, 2006**                                                **RALPH L. DeLOACH, CLERK**

                                                                        **s/S. Nielsen-Davis**
                                                                        **Deputy Clerk**